UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CHARLIE ROBINSON** | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 5:25-cv-215-R |
| | ) |
| **LVNV FUNDING LLC** | ) |
| **Defendant.** | ) |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff represents that the Parties have reached a settlement agreement and need approximately thirty (30) days to fulfill the settlement terms. May the Court so enter an Administrative Closing Order to terminate this action and deem it dismissed with prejudice.

Respectfully submitted,

Dated: April 14, 2025            By: s/ Tiffany Hill
                                 Tiffany Hill, Esq. (OBA# 31332)
                                 PO Box 5302
                                 Edmond, OK 73083
                                 (405) 456-9406
                                 thlegalconsulting@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document, using the electronic case filing system of the Court and a copy of the foregoing was served upon all parties of record via CM/ECF.

                                      Respectfully submitted,

Dated: April 14, 2025                <u>s/ Tiffany Hill</u>
                                      Tiffany Hill, Esq. (OBA #31332)